| | |
|---|---|
| 1 | Kathryn J. Halford, CA State Bar No. 68141 |
|   | E-Mail: kjhalford@wkpyc.com |
| 2 | Sally S. Frontman CA State Bar No. 227735 |
|   | E-Mail: sfrontman@wkpyc.com |
| 3 | WOHLNER KAPLON PHILLIPS |
|   | YOUNG & CUTLER |
| 4 | A Professional Corporation |
|   | 15456 Ventura Boulevard, Suite 500 |
| 5 | Sherman Oaks, California 91403 |
|   | Telephone: (818) 501-8030- #331 |
| 6 | Fax: (818) 501-5306 |

JS-6

Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON, A.P.C.
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorneys for Defendant Cheshire Films, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division)**

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> CHESHIRE FILMS, INC., a New York corporation, <br><br> Defendant. | CASE NO. CV 09 08181 RGK (SH) <br><br> Assigned to: <br> The Honorable R. Gary Klausner <br><br> **[PROPOSED]** <br><br> **ORDER DISMISSING COMPLAINT WITH PREJUDICE** <br><br> Complaint Filed: Nov. 6, 2009 <br> Trial Date: Not Set |

1     The parties having stipulated, and good cause appearing therefor,

2     IT IS HEREBY ORDERED as follows:

3     The Complaint herein is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: April 23, 2010      *[signature]*
                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE